UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO GOMEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA PAROLE BOARD,<br> *et al.*,<br><br>    Defendants. | Case No. 3:08-cv-00624-LRH-VPC<br><br>**ORDER** |

Court mail has been returned from the last address given by plaintiff with a notation reflecting that plaintiff no longer is at the address. Plaintiff has not filed an updated notice of change of address. Plaintiff has failed to comply with Local Rule LSR 2-2, which requires him to immediately file with the court written notification of any change of address.

Accordingly, and with good cause appearing,

**IT IS ORDERED** that this action shall be **DISMISSED** without prejudice. The clerk of the court shall enter final judgment accordingly.

DATED this 6th day of July, 2009.

                    _____
                    LARRY R. HICKS
                    UNITED STATES DISTRICT JUDGE